# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MAIER, on behalf of herself, all others similarly situated and the general public,<br><br>               Plaintiffs,<br>v.<br><br>BLOOMIN' BRANDS, INC. doing business as Outback Steakhouse, a Delaware Corporation,<br><br>               Defendant. | Case No.: 13cv0136-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. RULE 41(a)(1)(A)**<br><br>[Doc. No. 46] |

Plaintiff Tracy Maier and Defendant Bloomin' Brands Inc., dba Outback Steakhouse jointly move for dismissal of the above action pursuant to Federal Rule of Civil Procedure 41.  The Court **GRANTS** the joint motion. Accordingly, the Court **DISMISSES** the above-captioned action as follows:

1. As to plaintiff Tracy Maier individually, **with prejudice**;

2. As to the putative class, **without prejudice**; and

3. Each party to pay their own attorneys' fees and costs.

The Clerk is instructed to close the case.

**IT IS SO ORDERED.**

DATED: August 6, 2014

                                                        _____
                                                        Honorable Michael M. Anello
                                                        United States District Court Judge